2007-27438
FILED
September 13, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000896662

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:  )
**ESCOBAR, BILL ROBERT JR**  )
 )
 )
 ) Bankruptcy Case No.
 )
 )
 )
 Debtors. )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

<u>OR</u>

☐ typed in scannable format on paper, consisting of ____ pages and listing a total of _____ creditors, **[only acceptable with conventionally filed petitions <u>not</u> prepared by an attorney or bankruptcy petition preparer]**

<u>OR</u>

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of **16** creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **September 12, 2007**

/s/ BILL ROBERT ESCOBAR, JR
Debtor's Signature                Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

A-1 Towing
9701 Railroad St
Sacramento, CA  95821

Allied Interstate
P.O. Box 361445
Columbus, OH  43232

Commerce West Insurance Co.
C/O: Philip Werner, Esq.
1111 Garfield Ave
Albany, CA  94706-1212

CREDIT BUREAU ASSOCIATES
PO BOX 150/ 460 UNION AVE STUITE C
FAIR FILED, CA  94533

Credit Collection Services
Two Wells Ave., Dept 7249
Newton, MA  02459

Dept. Of Motor Vehicle
Licensing Operations Division
P.O. Box 942890
Sacramento, CA  94290-0001

Escobar, Liza
279 La Plata Way
Sacramento, CA  95838

FAR WEST COLLECTIONS SERVICES, INC
3018 WILLOW ROAD SUITE 201
CONCORD, CA  94519

Franchise Tax Board
State Of California
P.O. Box 942857
Sacramento, CA  94257-0511

Internal Revenue Service
Bankruptcy Unit
4330 Watt Ave.
Sacramento, CA  95825

Internal Revenue Service
Bankruptcy Unit
P.O. Box 21126
Philadelphia, PA  19114

Jana Ferrell & Associates, Llc.
1432 W. Britton Road
Oklahoma, OK  73114

Liza Escobar
8422 Bloomington Dr
Sacramento, CA  95828

```
LYNCH & WATTS
331 J STREET SUITE 200
SACRAMENTO, CA   95814

Superior Court Of Ca
County Of Sacramento
720 9th St, Room 102
Sacramento, CA   95814

William W. Guenther, D.C.
1221 Alhambra Blvd., Ste 105
Sacramento, CA   95816
```